## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet LLC, | ) | Case No. 18-12143 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 13** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| East Coast Mgmt LLC, | ) | Case No. 18-12144 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1 N Dearborn LLC, | ) | Case No. 18-12145 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1001 Penn Ave LLC, | ) | Case No. 18-12146 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1116 H LLC, | ) | Case No. 18-12147 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1150 Connecticut LLC, | ) | Case No. 18-12148 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1200 19th LLC, | ) | Case No. 18-12149 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1401 K LLC, | ) | Case No. 18-12150 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1750 Pennsylvania LLC, | ) | Case No. 18-12151 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 1910 14th LLC, | ) | Case No. 18-12152 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 2200 Crystal LLC, | ) | Case No. 18-12153 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 4000 Wilson LLC, | ) | Case No. 18-12154 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 485 K LLC, | ) | Case No. 18-12155 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 624 E LLC, | ) | Case No. 18-12156 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 7280 Woodmont LLC, | ) | Case No. 18-12157 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 8535 Fenton LLC, | ) | Case No. 18-12158 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet 888 17th LLC, | ) | Case No. 18-12159 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 11** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet Ballpark LLC, | ) | Case No. 18-12160 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet Boro LLC, | ) | Case No. 18-12161 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 11** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet Merrifeld LLC, | ) | Case No. 18-12162 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| 1418 14th LLC, | ) | Case No. 18-12163 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet Mgmt LLC, | ) | Case No. 18-12164 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet N Morgan Street LLC, | ) | Case No. 18-12165 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 11** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet Pike & Rose LLC, | ) | Case No. 18-12166 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet Wharf LLC, | ) | Case No. 18-12167 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Taylor Gourmet Willis Tower LLC, | ) | Case No. 18-12168 (KG) |
| | ) | |
| Debtor. | ) | **Related Docket No. 10** |

### ORDER GRANTING MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING JOINT ADMINISTRATION PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

1.    Jeoffrey L. Burtch, Chapter 7 Trustee for the above-captioned cases, has filed a Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 (the "Motion").

2.    The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334.

3.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.    Due and adequate notice has been given to all parties entitled thereto, and no other

4

or further notice is necessary or required.

5.      The relief requested in the Joint Administration Motion is necessary and in the best

interests of the Estates and their respective creditors.

6.      The Motion is GRANTED.  These cases are consolidated for procedural purposes

only and shall be jointly administered by this Court and by the Office of the United States Trustee

in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1.

7.      The caption for these jointly administered cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 7** |
| **Taylor Gourmet Mgmt LLC,** *et al.* [1], | ) | **Case No. 18-12164 (KG)** |
| **Debtors.** | ) | |
| | ) | **(Jointly Administered)** |

and no party shall be required to list any information beyond that set forth above in any caption to

pleadings filed in these cases.

8.      All original docket entries shall be made in the case of Taylor Gourmet Mgmt LLC,

Case No. 18-12164 (KG) and the Clerk of this Court is directed forthwith to make separate docket

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are Taylor Gourmet LLC;  Case No. 18-12143 (KG); East Coast Mgmt LLC; Case No. 18-12144 (KG); Taylor Gourmet 1 N Dearborn LLC; Case No. 18-12145 (KG); Taylor Gourmet 1001 Penn Ave LLC; Case No. 18-12146 (KG); Taylor Gourmet 1116 H LLC; Case No. 18-12147 (KG); Taylor Gourmet 1150 Connecticut LLC; Case No. 18-12148 (KG); Taylor Gourmet 1200 19th LLC; Case No. 18-12149 (KG); Taylor Gourmet 1401 K LLC; Case No. 18-12150 (KG); Taylor Gourmet 1750 Pennsylvania LLC; Case No. 18-12151 (KG); Taylor Gourmet 1910 14th LLC; Case No. 18-12152 (KG); Taylor Gourmet 2200 Crystal LLC; Case No. 18-12153 (KG); Taylor Gourmet 4000 Wilson LLC; Case No. 18-12154 (KG); Taylor Gourmet 485 K LLC; Case No. 18-12155 (KG); Taylor Gourmet 624 E LLC; Case No. 18-12156 (KG); Taylor Gourmet 7280 Woodmont LLC; Case No. 18-12157 (KG); Taylor Gourmet 8535 Fenton LLC; Case No. 18-12158 (KG); Taylor Gourmet 888 17th LLC; Case No. 18-12159 (KG); Taylor Gourmet Ballpark LLC; Case No. 18-12160 (KG); Taylor Gourmet Boro LLC; Case No. 18-12161 (KG); Taylor Gourmet Merrifeld LLC; Case No. 18-12162 (KG); 1418 14th LLC; Case No. 18-12163 (KG); Taylor Gourmet Mgmt LLC; Case No. 18-12164 (KG); Taylor Gourmet N Morgan Street LLC; Case No. 18-12165 (KG); Taylor Gourmet Pike & Rose LLC; Case No. 18-12166 (KG); Taylor Gourmet Wharf LLC; Case No. 18-12167 (KG); Taylor Gourmet Willis Tower LLC; Case No. 18-12168 (KG).

5

entries with respect to each of these cases substantially in the form as follows:

> An order has been entered in these cases directing the joint administration for procedural purposes only of the Chapter 7 cases of Taylor Gourmet LLC; East Coast Mgmt LLC; Taylor Gourmet 1 N Dearborn LLC; Taylor Gourmet 1001 Penn Ave LLC; Taylor Gourmet 1116 H LLC; Taylor Gourmet 1150 Connecticut LLC; Taylor Gourmet 1200 19th LLC; Taylor Gourmet 1401 K LLC; Taylor Gourmet 1750 Pennsylvania LLC; Taylor Gourmet 1910 14th LLC; Taylor Gourmet 2200 Crystal LLC; Taylor Gourmet 4000 Wilson LLC; Taylor Gourmet 485 K LLC; Taylor Gourmet 624 E LLC; Taylor Gourmet 7280 Woodmont LLC; Taylor Gourmet 8535 Fenton LLC; Taylor Gourmet 888 17th LLC; Taylor Gourmet Ballpark LLC; Taylor Gourmet Boro LLC; Taylor Gourmet Merrifeld LLC; 1418 14th LLC; Taylor Gourmet Mgmt LLC; Taylor Gourmet N Morgan Street LLC; Taylor Gourmet Pike & Rose LLC; Taylor Gourmet Wharf LLC; Taylor Gourmet Willis Tower LLC. The docket in the chapter 7 case of Taylor Gourmet Mgmt LLC, Case No. 18-12164 (KG) should be consulted for all matters affecting these cases.

9.      Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these cases.

10.      The Order is effectively immediately upon its entry and the Clerk of the Court is hereby directed to enter this Order on the docket in each case.

11.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: **Oct. 31**, 2018

_____
THE HONORABLE KEVIN GROSS
United States Bankruptcy Judge